**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
ANTHONY HYMAN, individually and on
behalf of the collective,

                Plaintiff,                                18 **CIVIL** 5779 (GBD)(GWG)

     -against-                                  **JUDGMENT**

G&G PELHAM FOOD CORP., BORIS ISRAEL,
and RAPHAEL MONTES,
                Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision and Order dated September 27, 2021, Magistrate Judge Gorenstein's Report, (ECF No. 48), is ADOPTED. Defendant G&G Pelham Corp. is ordered to pay Plaintiff $36,000 in damages; accordingly, the case is closed.

**Dated:** New York, New York
          September 28, 2021

                                                  **RUBY J. KRAJICK**
                                                    **Clerk of Court**
                           **BY:**     *K. Mango*
                                                    **Deputy Clerk**